**PRESTI & NAEGELE**
ACCOUNTING OFFICES
WWW.PRESTINAEGELE.COM

450 SEVENTH AVENUE
SUITE 503
NEW YORK, NEW YORK 10123
212.736.0055  FAX 212.736.1865

1615 NORTHERN BOULEVARD
SUITE 200
MANHASSET, NEW YORK 11030
516.365.0222  FAX 516.365.2552

19th August, 2010

Messrs.
**MOSSFON TRUST CORPORATION**
Mossfon Building

Attention:  **Mrs. Lurys Madrid**
**Compliance Manager**

Ref.: Mr. Chetan Kapur

Dear Sirs:

From my commercial and professional involvement with Mr. Kapur, I have always found him to be creditworthy and upstanding.

From my knowledge, Mr. Kapur has conducted his affairs in a professional and competent manner with his management following "good business" practice.

I have known Mr. Kapur for over 5 years, and in my capacity as his authorized accountant do hereby confirm that Mr. Kapur has complied with all his Fiscal duties and obligations with the IRS up to date.

This letter is issued at the request of the interested party for the purposes that he may see fit.

Sincerely,

Joseph Romano, CPA