COURT
Exhibit    /

5/20/15

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHETAN KAPUR, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 11-cv-8094 (PAE)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF FACTS AND
## AND ADMISSIBILITY OF EXHIBITS

**IT IS HEREBY STIPULATED**, by and between Chetan Kapur, Counsel for the United States Securities and Exchange Commission ("Commission"), and Counsel for the Plaintiffs in *Schwarz v. Thinkstrategy Capital Management LLC*, 09-cv-09346 (PAE) ("Schwarz Plaintiffs") that:

1.      On January 3, 2013, a Final Judgment was entered in the above captioned case finding Chetan Kapur liable for disgorgement in the amount of $3,252,271 plus prejudgment interest in the amount of $735,925.59. Since entry of the Final Judgment, post-judgment interest has accrued.

2.      Kapur had notice of the Final Judgment.

3.      Kapur has not made any payments towards the Judgment.

### ADMISSIBILITY OF EXHIBITS

Counsel for the Commission, Counsel for the Schwarz Plaintiffs and Defendant Chetan Kapur hereby stipulate and agree to the admissibility of the following Exhibits identified below. The parties reserve the right to present additional documents.

### INDEX OF EXHIBITS

| | Exhibit description | Date |
|---|---|---|
| SEC 1 | Court's January 3, 2013 Final Judgment against | January 3, 2013 |

JOINT STIPULATION OF FACTS AND
AND ADMISSIBILITY OF EXHIBITS

|  |  |  |
|---|---|---|
|  | Chetan Kapur. |  |
| SEC 2 | Certificate from Jeffrey Long stating Kapur's non-payment of Court's Judgment. | May 10, 2015 |
| SEC 3 | Email from Chetan Kapur to Philip Stibolt of Bank Sarasin | September 5, 2008 |
| SEC 4 | Email from Adrian Taylor of Asia Citi Trust | October 16, 2009 |
| SEC 5 | Email from Daniel Leon of Mossfon Trust to Chetan Kapur | May 17, 2010 |
| SEC 6 | Email from Chetan Kapur to Daniel Leon | May 20, 2010 |
| SEC 7 | Email from Chetan Kapur to Daniel Leon | June 1, 2010 |
| SEC 8 | Email from Daniel Leon to Chetan Kapur | June 28, 2010 |
| SEC 9 | Email from Kapur to CPA Joseph Romano. | August 19, 2010 |
| SEC 10 | Attachment from Kapur to SPA Joseph Romano | August 19, 2010 |
| SEC 11 | Email from CPA Joseph Romano to Kapur | August 19, 2010 |
| SEC 12 | Letter from Presti & Naegele to Mossfon Trust. | August 19, 2010 |
| SEC 13 | April 11, 2015 Economist Article regarding Mossack Fonseca. | April 11, 2015 |
| SEC 14 | April 7, 2012 Economist Article regarding Mossack Fonseca. | April 7, 2012 |
| SEC 15 | Excel spreadsheet prepared by Deutsche Bank. | August 23, 2011 |
| SEC 16 | Excel spreadsheet prepared by HSBC. | January 31, 2012 |
| SEC 17 | Excel spreadsheet prepared by Bank of America. | August 23, 2011, January 31, 2012 |
| SEC 18 | Bina Rai's January 2012 Bank of America Account Statement. | August 23, 2011 |
| SEC 19 | Bina Rai's August 2011 Bank of America Account Statement. | January 31, 2012 |
| SEC 20 | CHIPS Spreadsheet | March 6, 2015 |
| SEC 21 | Citibank deposit slip with copy of $48,000 check from Manhattan Motorcars. | March 17, 2014 |
| SEC 22 | Bank of America deposit slip with copy of check from Bina Rai to Manju Kapur. | March 28, 2014 |
| SEC 23 | Bina Rai's 2007 Federal Income Tax Return | October 21, 2008 |
| SEC 24 | Bina Rai's 2008 Federal Income Tax Return | April 14, 2009 |
| SEC 25 | Bina Rai's 2009 Federal Income Tax Return | April 12, 2010 |
| SEC 26 | Bina Rai's 2010 Federal Income Tax Return | October 26, 2011 |
| SEC 27 | Bina Rai's 2011 Federal Income Tax Return | December 24, 2012 |
| SEC 28 | Bina Rai's 2012 Federal Income Tax Return | January 28, 2014 |
| SEC 29 | Kapur January 16, 2015 Email to Court and SEC | January 16, 2015 |
| SEC 30 | Kapur's March 6, 2015 Submission to the Court | March 6, 2015 |
| Sch. 1 | Transcript of June 24, 2014 Hearing | June 14, 2014 |
| Def. 1 |  |  |
| Def. 2 |  |  |
| Def. 3 |  |  |
| Def. 4 |  |  |

JOINT STIPULATION OF FACTS AND
AND ADMISSIBILITY OF EXHIBITS

| | | |
|---|---|---|
| Def. 5 | | |
| Def. 6 | | |
| Def. 7 | | |
| Def. 8 | | |
| Def. 9 | | |
| Def. 10 | | |

JOINT STIPULATION OF FACTS AND
AND ADMISSIBILITY OF EXHIBITS

Dated: May 19, 2015

> s/MICHAEL J. ROESSNER
> Michael J. Roessner
> Assistant Chief Litigation Counsel
> Division of Enforcement
> United States Securities and Exchange Commission
> 100 F Street, NE
> Mail Stop 5631
> Washington, DC 20549-0022
> RoessnerM@SEC.gov
> Telephone:    202.551.4347
> Cell Phone:   202.412.1277
> Facsimile:    703.813.9366

Dated:  May 19, 2015

> Jason L. Solotaroff
> Giskan Solotaroff Anderson & Stewart LLP
> 11 Broadway, Suite 2150
> New York NY 10004
> (646) 964 9640
> gslawny.com
> Counsel for Schwarz Plaintiffs

Dated:  May 19, 2015

> Chetan Kapur
> 85 East End Avenue, Apt 11E
> New York, New York 10028

MAY 20/21 HEARING EXHIBITS

TABLE OF CONTENTS

EXHIBIT

| | |
|---|---|
| 1A | CHETAN KAPUR'S MAY 16, 2015 SWORN DECLARATION AND PRE-HEARING BRIEF |
| 1 | CHETAN KAPUR's MARCH 6th, 2015 SWORN DECLARATION (SUPPORTING DOCUMENTS PROVIDED EARLIER - *SEALED*) |
| 2 | SIGNED LOAN CONTRACTS WITH DETAILED LOAN APPENDICES AND CONTRACT TERMS OF:<br>A)  MANJU KAPUR AND NAVEEN KAPUR,<br>B)  BINA RAI<br>C)  KABIR KAPUR. |
| 3 | MANJU KAPUR'S (NAVEEN KAPUR'S AND KARAN KAPUR'S) AFFIDAVIT ON SOURCE OF FUNDS AND OTHER MATTERS |
| 4 | BINA RAI'S AFFIDAVIT ON SOURCE OF FUNDS AND OTHER MATTERS |
| 5 | KABIR KAPUR AFFIDAVIT ON SOURCE OF FUNDS AND OTHER MATTERS |
| 6 | CHETAN KAPUR'S APRIL 30, 2015 IN-COURT TESTIMONY |
| 7 | BINA RAI'S SWORN WRITTEN AND IN-COURT TESTIMONY |
| 8 | A) SUNDRY OFFERING DOCUMENTS NOTING THE THINKSTRATEGY MANAGED ACCOUNT PROGRAM ("MAP")<br>B) AIM ADVISORY GROUP LLC  - DIVERSIFIED STRATEGY MANAGED ACCOUNT PLATFORM SUMMARY<br>C) NATIONAL BANK OF CANADA AND BNP PARIBAS MANAGED ACCOUNT OFFERINGS TO THINKSTRATEGY'S MAP<br>D) SEVERAL OTHER DOCUMENTS AVAILABLE UPON REQUEST |
| 9 | BENEFIT TO INVESTOR ANALYSIS<br>OUT-OF-POCKET EXPENSES |