UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENJAMIN SCHWARZ,
CHRISTINA SCHWARZ, And
DANIEL SCHWARTZ,

                Plaintiffs,

v.

THINKSTRATEGY CAPITAL MANAGEMENT
LLC and CHETAN KAPUR,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 09-CV-9346 (PAE)

NOTICE OF MOTION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

v.

CHETAN KAPUR and LILABOC, LLC

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x-

Docket No 11-CV-8094 (PAE)

       PLEASE TAKE NOTICE that upon the annexed Declaration of Eric M. Creizman, Esq.,

dated July 7, 2015, the Defendant in the above-captioned actions, Chetan Kapur, will move

before the Honorable Paul A. Englemayer, at the United States District Court, Southern District

of New York, 40 Foley Square, Courtroom 1305, or at a date and time convenient to the Court,

for an emergency stay of at least 30 days of the Court's order requiring Mr. Kapur to surrender to

the United States Marshals Service and to remain incarcerated pending his purge of the contempt

pursuant to the Court's Opinion and Order dated July 1, 2015, granting Plaintiffs' motion for

contempt.

Dated: New York, New York
       July 7, 2015

By:/s/ Eric M. Creizman_____
    Eric M. Creizman (EC 7684)
    CREIZMAN PLLC
    565 Fifth Avenue, 7th Floor
    New York, New York 10017

    Telephone: 212.972.0200
    Facsimile:  646.200.5022
    Email: ecreiz@creizmanllc.com
    Email: cpolisi@creizmanllc.com