UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, </br></br>Plaintiff,</br></br>v.</br></br>CHETAN KAPUR, et al.</br></br>Defendants. | Civil No. 11-cv-8094 (PAE) |

**REPATRIATION ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2016

On July 1, 2015, the Court in this matter found Defendant, Chetan Kapur ("Kapur"), in civil contempt (Docket No. 77, hereinafter "Contempt Order"). In the Contempt Order, the Court determined that Kapur controlled accounts at Bank J. Safra Sarasin ("Bank Sarasin") (located at Elisabethenstrass 62, Postfach, CH-2002 Basel, Switzerland) and Bank Vontobel ("Bank Vontobel") (located at Gotthardstrasse 43 CH-8022 Zurich, Switzerland). Having made these previous determinations, and finding that a Repatriation Order is clearly appropriate herein, the Court hereby issues this Order explicitly requiring Kapur to repatriate the assets more fully described below. Accordingly, **IT IS HEREBY ORDERED that**:

1. The Commission's Request for an Order requiring Chetan Kapur to repatriate foreign assets made at the hearing held on April 12, 2016, is **GRANTED**;

2. **IT IS FURTHER ORDERED** that Chetan Kapur shall repatriate all funds and assets located at Bank Sarasin (and any accounts traceable thereto), which are (1) titled in Chetan Kapur's name individually or jointly; (2) held by a person or entity for the benefit of Chetan Kapur; or (3) under Chetan Kapur's direct or indirect control, whether jointly or singly;

3. **IT IS FURTHER ORDERED** that Chetan Kapur shall repatriate all funds and assets located at Bank Vontobel (including, but not limited to account ending 8013 and any accounts traceable thereto), which are (1) titled in Chetan Kapur's name individually or jointly; (2) held by a person or entity for the benefit of Chetan Kapur; or (3) under Chetan Kapur's direct or indirect control, whether jointly or singly;

4. **IT IS FURTHER ORDERED** that Chetan Kapur is directed to deposit funds held at Bank Sarasin and Bank Vontobel within 14 days of entry of this Order in the Southern District of New York's Court registry for disbursement on further order of the Court.

**SO ORDERED.**

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

4/14/16