```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BENJAMIN SCHWARZ, CHRISTINA SCHWARZ,
and DANIEL SCHWARZ,

                     Plaintiffs,

-v-

THINKSTRATEGY CAPITAL MANAGEMENT LLC
and CHETAN KAPUR,

                     Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                     Plaintiff,

-v-

CHETAN KAPUR and LILABOC, LLC,

                     Defendants.

------------------------------------------------------------X

09 Civ. 9346 (PAE)

ORDER

11 Civ. 8094 (PAE)

PAUL A. ENGELMAYER, District Judge:

      The following Order is to be filed in each of the above-captioned cases, which are related, and in *Schneider, et al. v. Lilaboc, LLC and Chetan Kapur*, No. 12 Civ. 5818 (PAE), which is also related.

      Today, May 17, 2017, the Court returned defendant Chetan Kapur's passport to the custody of his counsel, Eric Creizman, Esq. On May 21, 2015, the Court ordered Mr. Kapur to surrender his passport to chambers on May 22, 2015, Dkt. 60 (in No. 11 Civ. 8094 (PAE)), and the Court had held it since then until returning it to Mr. Creizman's custody earlier today.

1

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 17, 2017
       New York, New York